PROB 35A

**Order Vacating Term of Supervised Release and Closing Case Due to Notice of Death**

**FILED**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

SEP 2 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**United States of America** )
)
vs. )
) Docket Number: 200CR00468-02 FCD
**Johnny Christopher Rowuin** )
)

On January 7, 2002, the above-named defendant was sentenced to 48 months prison with a 12 month term of supervised release to follow. On September 17 2008, our office was notified by the Bureau of Prisons that Mr. Rowuin died on August 15, 2003. This was confirmed by Mr. Patrick Trudgeon, Deputy Coroner on October 29, 2003 (attached is a copy of the Certificate of Death).

It is accordingly recommended that this case be closed.

Respectfully submitted,

/s/ k meusling

**KAREN A. MEUSLING**
Supervising United States Probation Officer

**ORDER OF COURT**

It is ordered that this case be closed this 26th day of September, ~~19~~ 2000

_____
Frank C. Damrell Jr.
United States District Judge

Attachment

cc:  United States Attorney's Office & Flu Unit
     Federal Defender's Office
     U.S. District Court - Financial Section

Rev. 7/98
PROB35A.MRG

CERTIFICATION OF VITAL RECORDS

# SANTA BARBARA COUNTY
## HEALTH CARE SERVICES

### AMENDMENT OF MEDICAL AND HEALTH DATA—DEATH

3200342001898

| | STATE FILE NUMBER | USE BLACK INK ONLY—NO ERASURES, WHITEOUT, OR ALTERATIONS | LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER |
|---|---|---|---|
| STATE/LOCAL REGISTRAR USE ONLY | 1. | 2. | 3. |

TYPE OR PRINT IN BLACK INK ONLY

**PART I — INFORMATION TO LOCATE RECORD**

| 1. NAME—FIRST (GIVEN) | 2. MIDDLE | 3. LAST (FAMILY) | 4. SEX |
|---|---|---|---|
| JOHNNY | CHRISTOPHER | ROWUIN | M |

| 5. DATE OF EVENT—MM/DD/CCYY | 6. CITY OF OCCURRENCE | 7. COUNTY OF OCCURRENCE |
|---|---|---|
| 08/13/2003 | LOMPOC | SANTA BARBARA |

**PART II — INFORMATION AS IT APPEARS ON RECORD**

107. DEATH WAS CAUSED BY (ENTER ONLY ONE CAUSE PER LINE FOR A, B, C, AND D)

IMMEDIATE CAUSE (A) PENDING CORONER'S INVESTIGATION

(B)
(C)
DUE TO (D)

- TIME INTERVAL BETWEEN ONSET AND DEATH
- 108. DEATH REPORTED TO CORONER: XX YES  ☐ NO
- REFERRAL NUMBER: C-03-699
- 109. BIOPSY PERFORMED: ☐ YES  XX NO
- 110. AUTOPSY PERFORMED: XX YES  ☐ NO
- 111. USED IN DETERMINING CAUSE: XX YES  ☐ NO

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN 107
NONE

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? IF YES, LIST TYPE OF OPERATION AND DATE
NO

119. MANNER OF DEATH: ☐ NATURAL  ☐ SUICIDE  ☐ HOMICIDE  ☐ ACCIDENT  XX PENDING INVESTIGATION  ☐ COULD NOT BE DETERMINED

120. INJURY AT WORK: ☐ YES  ☐ NO
121. INJURY DATE—MM/DD/CCYY
122. HOUR
123. PLACE OF INJURY
124. DESCRIBE HOW INJURY OCCURRED (EVENTS WHICH RESULTED IN INJURY)
125. LOCATION (STREET AND NUMBER OR LOCATION AND CITY AND ZIP CODE)

**PART III — INFORMATION AS IT SHOULD APPEAR**

107. DEATH WAS CAUSED BY (ENTER ONLY ONE CAUSE PER LINE FOR A, B, C, AND D)

IMMEDIATE CAUSE (A) ATHEROSCLEROTIC CORONARY ARTERY DISEASE

(B)
(C)
DUE TO (D)

- TIME INTERVAL BETWEEN ONSET AND DEATH: YEARS
- 108. DEATH REPORTED TO CORONER: XX YES  ☐ NO
- REFERRAL NUMBER: C-03-699
- 109. BIOPSY PERFORMED: ☐ YES  XX NO
- 110. AUTOPSY PERFORMED: XX YES  ☐ NO
- 111. USED IN DETERMINING CAUSE: XX YES  ☐ NO

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN 107
DIABETES MELLITUS, HYPERTENSION, OBESITY

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? IF YES, LIST TYPE OF OPERATION AND DATE
NO

119. MANNER OF DEATH: XX NATURAL  ☐ SUICIDE  ☐ HOMICIDE  ☐ ACCIDENT  ☐ PENDING INVESTIGATION  ☐ COULD NOT BE DETERMINED

**DECLARATION OF CERTIFYING PHYSICIAN OR CORONER**

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

8. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER: [signature]
9. DATE SIGNED—MM/DD/CCYY: 10/29/2003
10. TYPED OR PRINTED NAME AND DEGREE/TITLE OF CERTIFIER: PATRICK TRUDGEON, DEPUTY CORONER
11. ADDRESS—STREET AND NUMBER: 66 S SAN ANTONIO RD
12. CITY: SANTA BARBARA   13. STATE: CA   14. ZIP CODE: 93110

**STATE/LOCAL REGISTRAR USE ONLY**

15. OFFICE OF STATE REGISTRAR OR SIGNATURE OF LOCAL REGISTRAR: [signature]
16. DATE ACCEPTED FOR REGISTRATION—MM/DD/CCYY: 10/29/2003

STATE OF CALIFORNIA, DEPARTMENT OF HEALTH SERVICES, OFFICE OF STATE REGISTRAR


*000179130*

CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } SS   DATE ISSUED   10/29/2003
COUNTY OF SANTA BARBARA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Registrar, Health Care Services, County of Santa Barbara, California.



[signature]
HEALTH OFFICER
HEALTH CARE SERVICES
COUNTY OF SANTA BARBARA, CALIFORNIA

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE